SENT FEB 24 12:01 Am    ATTN: U.S.D.C.
refer to Institutional Camera    Request copy(t) original (1)
BACK (Ty)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Case No. 8:23 cv 440 KKM-AAS

*(to be filled in by the Clerk's Office)*

MARK EDWARD Moon

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Pasco County Detention Center
- Insurance Company For Pasco detention
- Bayonet Point Hospital—Medical department
( For Pasco Detention CENTER, John (or) Jane does
John E. Polk   *Defendant(s)* Correctional &

*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Medical Department For John E. Polk
as well as Insurance Company (For)
John E. Polk

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | MARK EDWARD MOON |
| All other names by which you have been known: | MARK MOON, MARK E. MOON |
| ID Number | 995505 OR 203585 OR 267744 |
| Current Institution | Pasco Detention CENTER |
| Address | 20101 Central Blvd |
| | Land O' Lakes      FL.      34637 |
| | City      State      Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | (Pasco County detention Center)(cor) ofc. Bruscino, ofc. C. Powers |
| Job or Title *(if known)* | |
| Shield Number | C. Powers (15177) ofc. Bruscino (unknown) |
| Employer | Pasco County Detention Center |
| Address | 20101 CEntral Blvd |
| | Land o' Lakes      FL.      34637 |
| | City      State      Zip Code |

☑ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Insurance Company (For) Pasco Detention Center |
| Job or Title *(if known)* | medical department (for) Pasco detention Center (wellPath) |
| Shield Number | |
| Employer | |
| Address | (unknown) |
| | unknown |
| | City      State      Zip Code |

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                Bayonet Point Hospital
    Job or Title *(if known)*   only because Dont want to Amend later, and not sure -
    Shield Number      - If Bayonet Point Hospital Is Liable (Listing all Parties)
    Employer            Involved In Incident # 2023000184
    Address

    Bayonet Point        FL.        Unknown
    *City*              *State*       *Zip Code*
    [✓] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name                John E. Polk Correctional, medical Department
    Job or Title *(if known)*   Insurance Company for John E. Polk
    Shield Number
    Employer
    Address           211 Eslinger way
    Sanford           FL.        32773
    *City*              *State*       *Zip Code*
    [✓] Individual capacity    [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [✓] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel and Unusual Punishment by Corrections Officer's, Placed In Cell no Running water 5 Plus days, Placed In Confinement (No Hearing given) I Did not waive 24 hours, did not waive Right to attend Hearing

negligence of Duty for care owed to my person while Incacerated ie, Allowing A deadly substance to enter the Facility, and —

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? In doing so caused me ▓▓physical, and Emotional/ Psychological damages /distress

The nurse In charge of (medication pass) In Medical Asked me numerous times If I Wanted Gatorade, because I had not had A Drink All DAY (Refer to camera)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

(Federal Bivens) only checked due to being (Systematically Desensitized) For the last 2 years (Plus) this I discovered by my own Investigations, my Sister was murdered By a Federal Informant, then I Found my Brother dead (murdered) In 2019 while being guardian of the Estate, and Person For my Father whom is a (Veteran) (42 CFR) OR (CFR 42) has been brought to my Attention

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I was Just Incarcerated For 6 months In Tunkhannock PA. For Crime I Didn't commit, where I Experienced (psychological Torture) Cruel E. unusual Punishment @ the hands Of Correction officers Being Appealed (Habeas Corpus) while being Systematically desensitized

AS Previously listed Placed In a Cell (no Running water) 5(t) days Placed In Confinement no Hearing given Etc. Direct Violation OF my Constitution-

III. **Prisoner Status** —al, and @ Civil Rights Cruel & unusual Punishment

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* not guilty of Current Charges was Set up By nephew So he Could Steal my deceased brother's Prized mustang

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
It's very Complex, I've been Kept In the dark About things due to the Above mentioned ( — THE STATEMENT — IF I Know It wont work ) has been brought to my attention

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
On the 6th OF January I greeted a (new Commit) To the (Pasco County detention Center) as I have others Inviting them to come to Church, helped him w/ taBlet Asked him IF he had a toothbrush he wasn't going to use (recieved toothbrush) which Contained a Plastic wrap, out OF habbit From Smoking chewed on plastic wrap, I Remember talking to Inmate next to my Bunk then I woke up with (Emt's) officers around me telling me I had died, and they (Narcaned me twice, was Rushed to (Bayonet Point Hospital) where the nurse and OFc. wisebaum Stated That If I had taken drugs willingly, I would Still be high After NARcan wore OFF (which I was not high) OFc. wisebaum Stated that it's Possible being that toothbrush was recieved by New commit That I was (Poisoned) (Contaminated)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

January 6th in dormatory C-2-400 After Med Pass In The afternoon (After 3 Pm)

Approximately 30 min Prior to Incident Recieved toothbrush from New-Commit — Refer to Camera —

ATTN!
Inmate Tyler Thomas was Witness And (cameras)

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On 1/6/23 As Previously mentioned I Asked a (new Commit) For a toothbrush, upon Chewing on the wrapper (Substitute For smoking) I Died, and woke up being (narcaned) by OFc. Powers, thank god For Fast response time by her. I Can only Surmise that Pasco County Detention Center was negligent In allowing an illegal Substance Into the Facility Causing me to Die, and having to be narcaned and Rushed to the hospital, upon arriving @ the hospital Reception nurse Commented, and I Quote ( Your not letting Inmate's be Poisoned by ~~prison~~ (Fentenayl) again are you) leading me to believe this has happened before, The Camera will show the Inmate next to me Snorting mental health Medication where he was Found to Possess Depakote

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Camera will show me Placing plastic in my mouth to chew on, It will not Show me Snorting anything, Plastic was Found In my mouth where the OFc. Found it! I Did not take Anything ~~willingly~~ that would result In death. numerous test's were done @ hospital Blood, urine test, CT scans, Since this Incident I've Experienced (Knee pain) and besides dying (psychological) Injuries, I'm paranoid About my Food tray's, toothbrushes given to me, by Officers, toothpaste anything I, Recieve From staff #1 The defendant's owed me a duty (legal) OF Care #2 the defendant Commited a Breach OF Duty Carelessness, defendant Acted unReasonable allowing Substance to enter Facility #3 the defendant's Carelessness Caused me Direct harm #4 Damages Personal injury (Psychological distress

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I've Submited Request to have my Knee X-Rayed (no response)

↓

UPDATE

↓

Requesting punitive damages In the Amount OF

( 1.1 million )

my Knee is Fractured per X-Ray Results From officer's Performing the hymlick or himelick throwing me around Because they believed I was ~~Choking~~ Choking because Plastic was Found In my mouth. I have A Chip Fracture, Bone Needs to be Removed, Knee Needs Operation Pasco Detention Refusing

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." The Officer's/STAFF will not respond to Further Request For grievances and ARE not Responding to Request Form's

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies. Documenting date & time I hand In Request Forms when I'm Able to get one.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). It's again complex But (Pasco detention center) I have open Claim with Jail In NE Pennisylvania where I was Psychologically attacked for 6 month's Systematically desensitized ( Wyoming county Correctional Facility ) ( NEPA Corruption ) Google It

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Cruel & Unusual Punishment being thrown In a cell No water 5(f) days, Sanction's For (DR) held till the 15th where I was then made Aware OF OFc. Bruscino lying stating I Admitted to taking Someone's Pills refer to med 2 Camera where I was given charges Against me Camera Audio & Video In the Cell w/me, I Denied Accusation's From the outset, I Filed another grievance which Correction's STAFF would not Process (enclosed) Correction's STAFF displaying Animosity toward me by Ignoring my Request For Further grievances! I am what is Considered a highly Sensitive Person, STAFF WAS Immediately worried when I had to be Rushed to hospital upon Returning to Jail I was Accused OF taking Someone Else's Pill's and Suffering an Allergic Reaction LET It be Known I HAVE no Allergies (PERIOD) Nor have I ever

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Con: also as stated by (Emt) ms. Novak Narcan is very specific, eliminating Correction's Claim of Allergic Reaction

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint? 1/7/23 Submited Request form for (detective) to Investigate as well as Request for lawyer Info ( Request form Enclosed ) didn't Recieve Detective Request back

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes   only the Systematically desensitized/Psychological Attacks

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? Wyoming County correctional Facility only on the Above mentioned topics

2. What did you claim in your grievance?  Copies Enclosed

All before mentioned Statement's, I listed 2 issues on one Grievance because Correction officer's gave me a hard time Getting the one Grievance, Im Sure You Understand

3. What was the result, if any?  ~~disapproved~~ 1st Grievance disapproved

2nd grievance (Not Processed) Correction's officer's (enclosed)

Ignoring My Request's for Further Administrative Remedy.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The only Reason why John E. Polk Correctional is named is becaused while being housed there on a courtesy hold for pasco detention center, I was Prescribed A thyRoid medication after blood work was Conducted, upon Returning To pasco detention center I Requested A Second opinion Blood was drawn determining I have no thyRoid Problem (medical malpractice) I was talking A medication I didn't need!

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: I Did not File a grievance @ John E. Polk because I was not Made Aware that I is (dont) have A thyroid problem untill I returned to pasco detention Center, now I want a 3rd opinion because Pasco is Aware I'm Filing Paperwork w/ U.S.D.C Tampa So they are treating me different I Filed Gridvances At Pasco detention Center

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: relative to thyroid problem medical depart-ment, medical department Seen me after Requests For medical record's From Hospital (bayonet Point) there are (11 pages From hospital They wont give me record's due to (hippa law) So I Filed a grievance Roughly (10) day's ago, stating IF due to (hippa law) Then why are STAFF members/officers present during evaluations— medical, and mental health? No Response back yet

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I would not leave the hospital w/out All LABS performed while I was there, and the nurse looked at the officer like should I give them To him? upon returning to Pasco Jail the nurse @ Pasco Jail was Surprised I had Requested Blood LABS, CT Scan's, urinalisis Etc. I am experiencing The Corrections officers treating me different because I Recieved mail—

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* From USDC Tampa I've Sent Request to Classification To be housed In Hernando County So I'm not treated different

**VIII. Previous Lawsuits** Sending document's Relative but I dont want to ask For copies here For Fear OF Retaliation

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No NEVER

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)  MARK EDWARD Moon
    Defendant(s)  Kenneth Repsher

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    United States District Court (middle district) Pennsylvania

3.  Docket or index number
    1:23-cv-0020

4.  Name of Judge assigned to your case
    not Assigned as of yet

5.  Approximate date of filing lawsuit
    12-20-22

6.  Is the case still pending?
    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition

7.  What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

    HABeas Corpus/Section 1983

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**  *Requesting Pro-Se Legal Assistant*

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  2/17/23

Signature of Plaintiff            *m. E. Moon*
Printed Name of Plaintiff       *Mark edward Moon*
Prison Identification #        ID *995505, 203585, 267744*   ID/Booking/CIn
Prison Address                *20101 Central Blvd*
                              *land o'Lakes*            *FL.*      *34637*
                                          City                State        Zip Code

**B.    For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                                          City                State        Zip Code

Telephone Number
E-mail Address

ATTESTATION BY CORRECTIONAL
OFFICER PURSUANT TO SECTION
117.10 FLORIDA STATUTES
NAME (PRINT) *J. Bagley*  ID# *14989*
SIGNATURE *J Bagley*   DATE *2/23/23*